[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 8, 2007
THOMAS K. KAHN
CLERK

No. 06-14978
Non-Argument Calendar
_____

D.C. Docket No. 05-00120-CV-HLM-4

KENNY ODELL JUSTICE,

Plaintiff-Appellant,

versus

DEBRA ABERCROMBIE,
BOB DEHART, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(February 8, 2007)**

Before DUBINA, CARNES and COX, Circuit Judges.

PER CURIAM:

Kenny Odell Justice owned a duplex in Floyd County, Georgia. Debra

Abercrombie, Bob Dehart, and C. W. Sellers, M.D. are employees of the Floyd

County, Georgia Board of Health.  Mike Ashley and Ken Jones are employees of the Rome/Floyd County Building Inspection Department.  Justice sued Abercrombie, Dehart, Sellers, Ashley, and Jones, in both their individual and official capacities, pursuant to 42 U.S.C. § 1983.  The complaint alleged that Defendants violated Justice's federal constitutional rights when they caused their employers to condemn Justice's duplex.

The district court granted summary judgment for Defendants on each of Justice's claims.  Justice appeals, and contends that the district court erred in finding that his substantive due process rights were not violated by the condemnation.  Having considered the briefs, and relevant parts of the record, we find no reversible error in the district court's rejection of Justice's substantive due process argument.

AFFIRMED.